1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAUL MORENO,                                No.  2:15-cv-1028 CKD P

12                    Plaintiff,

13           v.                                    ORDER

14    CLINGMAN,

15                    Defendant.

16

17          Plaintiff is a California prisoner proceeding pro se and in forma pauperis with an action

18    for violation of civil rights under 42 U.S.C. § 1983.  The parties have consented to have all

19    matters in this action heard by a United State Magistrate Judge.  See 28 U.S.C. §636(c).

20          A recent court order was served on plaintiff's address of record and returned by the postal

21    service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that

22    a party proceeding pro se inform the court of any address change.  More than sixty-three days

23    have passed since the court order was returned by the postal service and plaintiff has failed to

24    notify the Court of a current address.

25    /////

26    /////

27    /////

28    /////

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice

2  for failure to prosecute.  See Local Rule 183(b).

3  Dated:  December 30, 2015

4  _____
   CAROLYN K. DELANEY

5  UNITED STATES MAGISTRATE JUDGE

6

7

8  1/mp
   more1028.33a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2